# 826 CASES REPORTED WITH BRIEF SYLLABI.

houses situated on said tract. The defendant was held at the trial not for maintaining a nuisance, but for violating the restrictive covenant, and with that conclusion we are in accord. The violation by defendant was in the teeth of the covenant contained in its own deed and in the face of the public record showing like restrictions effective against all who bought land in the tract. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

JAMES G. MEYER, Respondent, v. FRANK B. CURTIS, Appellant.— Judgment and order reversed upon the law and the facts, and a new trial granted, with costs to appellant to abide the event, upon the ground that the verdict was contrary to the clear weight of the credible testimony as to the amount paid by defendant on the purchase of his co-stockholder's interests; and plaintiff's assumption that such sale was for the sum of $7,500 was contrary to the fact which the credible testimony established. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

WILLIAM G. MONROE, Respondent, v. DANIEL F. LEARY, Appellant.— Order granting plaintiff's motion to consolidate actions affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

JOHN NEALE, JR., an Infant, by ROSA PATTERSON, His Guardian ad Litem, Respondent, v. T. B. WICKWIRE & COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

ROSA PATTERSON, Respondent, v. T. B. WICKWIRE & COMPANY, INC., Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

ARCHIBALD W. J. POHL, as Trustee in Bankruptcy of OMNUS ELECTRIC CORPORATION, Bankrupt, Appellant, v. ALFRED W. NOREK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY BARR, Appellant.— Judgment of conviction of the County Court of Kings county affirmed, pursuant to Code of Criminal Procedure, section 542. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY PLOTKIN, Appellant, Impleaded with Others, Defendants.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

ROSA RISOLO, as Administratrix de Bonis Non of ALBERT RISOLO, Deceased, Respondent, v. ADOLPH KOCH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

DIEDRICH SCHEFFER, Respondent, v. JOHN H. PLATE, Appellant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion the plaintiff failed to bring himself within the provisions of the Civil Practice Act* authorizing the appointment of a receiver. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

STATEN ISLAND LODGE No. 841, B. P. O. ELKS, Appellant, v. STATEN ISLAND

---

* See Civ. Prac. Act, § 974 et seq.— [REP.